JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

ERENDIRA MORENO AGUILAR and JORGE MONTOYA SANDOVAL,

Plaintiff,

vs.

FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 5:26-cv-4731-KK- (DTBx)
U.S. District Judge Kenly Kiya Kato

**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO SAN BERNARDINO COUNTY SUPERIOR COURT**

[Removal from Superior Court of California, County of San Bernardino, Case No. CIVSB2537564]

**ORDER**

The Joint Stipulation is approved. This matter is hereby remanded to the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED. (JS-6)

DATED:September 4, 2026

HONORABLE KENLY KIYA KATO,
UNITED STATES DISTRICT JUDGE